a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KEDRICK JOHNSON #437115, Petitioner

CIVIL DOCKET NO. 5:26-CV-00752 SEC P

VERSUS

JUDGE DONALD E. WALTER

MICHELE DAUZAT, Respondent

MAGISTRATE JUDGE PEREZ-MONTES

---

# MEMORANDUM ORDER

Pro se Petitioner Kedrick Johnson ("Johnson") challenges his conviction and sentence imposed in the Orleans Parish Criminal District Court. ECF No. 1 at 1.

Jurisdiction over an action brought pursuant to § 2254 is proper where an inmate is confined, or where the conviction was obtained. *See* 28 U.S.C. § 2241(d); *Wadsworth v. Johnson*, 235 F.3d 959, 961–62 (5th Cir. 2002). Within the context of § 2241(d), courts have traditionally held that the most appropriate venue for challenges to the legality of a conviction is in the district court for the district where the state conviction and sentence occurred, while challenges to the implementation of the sentence, such as prison disciplinary matters, should be considered in the district court for the district where such person is in custody. *Story v. Collins*, 920 F.2d 1247, 1250–51 (5th Cir. 1991).

Although Johnson is incarcerated within this judicial district, he was convicted in Orleans Parish, which is in the Eastern District of Louisiana.

Accordingly, IT IS ORDERED that the § 2254 Petition be and is hereby TRANSFERRED to the United States District Court for the Eastern District of Louisiana for further review.

SIGNED on Wednesday, November 18, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE